1  GERALD S. OHN (SBN 217382)
   gerald@ohnlaw.com
2  **LAW OFFICES OF GERALD S. OHN**         JS-6
   9595 Wilshire Blvd., Suite 900
3  Beverly Hills, CA 90212
   Telephone:  310-300-8477
4  Facsimile:  310-694-3049

5  Attorney for Plaintiff NEHEMIAH KONG

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| **NEHEMIAH KONG,** | Case No. SACV 12-00424-CJC(RNBx) |
| Plaintiff, | [~~PROPOSED~~] **ORDER TO DISMISS ACTION** |
| v. | Courtroom: 9B |
| **ROY EGARI, ET AL.,** | Judge: The Honorable Cormac J. Carney |
| Defendants. | |

1

1  Based on the stipulation of the parties to this action, plaintiff NEHEMIAH
2  KONG and defendant ROY EGARI, and under Fed. R. Civ. P. 41(a), this action is
3  hereby dismissed, in its entirety, with prejudice, with each party to bear its own
4  costs and attorneys' fees.

7  Dated: October 26, 2012

 _____
 Honorable Cormac J. Carney
 UNITED STATES DISTRICT JUDGE